STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant LUNDIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-13 - 402 JST |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE SETTING |
| ) | AND [PROPOSED] ORDER |
| v. ) | |
| ) | |
| ERIC LUNDIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties are scheduled to appear before this Court on Friday, September 27, 2013 for further proceedings.  The parties respectfully ask this Court to continue the matter for one week.

The case is very close to being resolved.  The parties need the next week to finalize all discovery issues (including an analysis of the defendant's computer) and be in a position to set a final date for the entry of a plea.

For these reasons, the parties stipulate that the matter be put over until October 4, 2013 for status.

The parties hereby stipulate that this matter be continued **until October 4, 2013** for a status hearing.  IT IS SO STIPULATED.

CR 13-402 JST- Stip to Continue

| | | |
|---|---|---|
| 1 | Date: September 26, 2013 | _____/s/_____ |
| 2 | | Geoffrey A. Hansen<br>Counsel for Defendant |
| 3 | Date: September 26, 2013 | _____/s/_____ |
| 4 | | William Frentzen<br>Assistant United States Attorney |

**IT IS SO ORDERED**.

Date:   September 26, 2013    _____
                              JON S. TIGAR
                              UNITED STATES DISTRICT COURT JUDGE