MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6753
    William.frentzen@usdoj.gov

Attorneys for United States of America

FILED
MAR 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC LUNDIN,<br>    Defendant. | CASE NO. CR 13-00402 JST<br><br>**STIPULATED CONTINUANCE OF BRIEFING SCHEDULE FOR MOTION TO SUPPRESS AND [PROPOSED] ORDER** |

    It is hereby stipulated and requested by the parties that the briefing schedule in this matter be continued to permit the government until April 4, 2014, to respond to the motion by the defendant. The government's opposition will be due on April 4, 2014, rather than on March 21, 2013. The basis for the continuance is (1) that counsel for the government, William Frentzen, is currently catching up on pressing work in other cases that are coming up sooner, and (2) the law clerk who has been working on this matter with Frentzen will be out of the office and out of town during the week of March 24, 2014. By April 4, 2014, the government will file its opposing memorandum. The defense reply would then be due on April 18, 2014. Based upon the Court's availability, the parties would seek a hearing date of

STIP. CONTINUANCE
CR 13-00402 JST

1 | May 30, 2014.

2 | Dated: March 21, 2014                              Respectfully submitted,

3 |                                                    MELINDA HAAG
                                                       UNITED STATES ATTORNEY
4 |

5 |                                          By:      _____/s/_____
6 |                                                    William Frentzen
                                                       Assistant United States Attorneys
7 |

8 | So stipulated.

9 |

10 |
                                                      _____/s/_____
11 |                                                   Geoffrey A. Hansen
                                                       Chief Assistant Federal Public Defender
12 |                                                   Counsel for Eric Lundin

13 |

14 |

15 | Upon review of the Stipulation of the Parties, good cause appearing therefor, IT IS HEREBY

16 | ORDERED, that the government's opposing memorandum shall be due on April 4, 2014; the

17 | defendant's reply shall be due on April 18, 2014; and the hearing shall be held on May 30, 2014.

18 |

19 | Dated March 25, 2014                              _____
                                                       HON. JON S. TIGAR
20 |                                                   UNITED STATES DISTRICT JUDGE

21 |

STIP. CONTINUANCE
CR 13-00402 JST