STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor – Federal Building
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706
Email: geoffrey_hansen@fd.org

Counsel for Defendant LUNDIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC LUNDIN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 13-0402 JST <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING** <br><br> Current Date:  November 14, 2014 <br> Proposed Date:  December 12, 2014 <br> Time:  9:30 a.m. <br> Location: Oakland, Courtroom 2, 4th Floor |

     This case is currently before the Ninth Circuit on an interlocutory appeal.  Because the issue of whether the appeal will progress remains under consideration, the parties agree to continue the status conference for one month.  Therefore, the parties request that the status conference currently scheduled for November 14, 2014, at 9:30 a.m., be continued until **December 12, 2014, at 9:30 a.m.**

     Further, the parties stipulate that time has been and continues to be properly excluded under the Speedy Trial Act for effective preparation of counsel; failing to exclude the time between November 14, 2014, and December 12, 2014, would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by excluding the time between November 14, 2014, and December 12, 2014, from computation

Stip. to Cont. Status; [Prop.] Order,
CR 13-0402 JST

under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Date: November 12, 2014                                  /s/
                                                         GEOFFREY A. HANSEN
                                                         Assistant Federal Public Defender


Date: November 12, 2014                                  /s/
                                                         WILLIAM FRENTZEN
                                                         Assistant United States Attorney


**[PROPOSED] ORDER**

For the reasons stated above, IT IS HEREBY ORDERED that the status conference currently scheduled for November 14, 2014, at 9:30 a.m., be continued until **December 12, 2014, at 9:30 a.m.**

The Court finds that the time between November 14, 2014, and December 12, 2014, is properly excludable because the ends of justice are served best by the granting of the requested continuance and that this outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 12, 2014

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip. to Cont. Status; [Prop.] Order,
CR 13-0402 JST                                           2