STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
450 Golden Gate Avenue,
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant LUNDIN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-402 JST |
| PLAINTIFF, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |
| v. | |
| ERIC LUNDIN, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of December 12, 2014 presently scheduled at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for March 27, 2015 at 9:30 a.m..

The requested continuance is necessary because the appeal in this matter has been approved by the Department of Justice and will proceed to full briefing and decision, the parties agree and stipulate that the time until March 27, 2015 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial.

CR 13-402 JST
Stip. to Cont. & Exclusion of Time; [Proposed] Order

1

| | |
|---|---|
| DATED: December 11, 2014 | /S/ |
| | Geoffrey A. Hansen |
| | Assistant Federal Public Defender |
| | Counsel for Defendant ERIC LUNDIN |
| | |
| DATED: December 11, 2014 | /S/ |
| | William Frentzen |
| | Assistant United States Attorney |

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March 27, 2015 at 9:30 a.m., before the Honorable Jon S. Tigar. Time is excluded until March 27, 2015 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  December 12, 2014



_____
HON.                                                    
UNITED STATES DISTRICT JUDGE

CR 13-402 JST
Stip. to Cont. & Exclusion of Time; [Proposed] Order

3