1  STEVEN G. KALAR
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Chief Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700
   Telefacsimile: (415) 436-7706
5
   Counsel for Defendant LUNDIN
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,          )   No. CR-13-00402 JST
                                      )
12              Plaintiff,            )   **BRIEFING SCHEDULE AND**
                                      )   **[PROPOSED] ORDER**
13 v.                                 )
                                      )
14 ERIC LUNDIN,                       )
                                      )
15              Defendant.            )
   _____)
16

17        The parties stipulate that the following briefing schedule and filing dates will be followed

18 with respect to any further motions:

19        1.  Defendant's motions:  January 21, 2016

20        2. Prosecution response: March 3, 2016

21        3. Defendant's reply: March 10, 2016

22        4. Motions Hearing:  March 25, 2016 at 2:00 p.m..

23

24

25 Date: November 12, 2015

26                          /s/_____
                            GEOFFREY A. HANSEN
27                          CHIEF ASSISTANT FEDERAL PUBLIC DEFENDER

28

Date: November 12, 2015

/s/ _____
WILLIAM FRENTZEN
ASSISTANT UNITED STATES ATTORNEY

IT IS SO ORDERED.

Date:  November 13, 2016

JON _____
UNIT___                      ___ JUDGE

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1