STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant LUNDIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 13-402 JST |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO STATUS CONFERENCE** |
| v. | ) ) | |
| ERIC EUGENE LUNDIN, | ) ) | |
| Defendant. | ) ) | |

    This matter is on calendar for a status conference on August 19, 2016 at 9:30 a.m. Because the mandate has only recently issued from the Ninth Circuit, thereby allowing the parties to negotiate a settlement of this matter, more time is needed to resolve the case.  Because of scheduling conflicts of the parties and the Court, it appears that October 28, 2016 is the next available date for a plea or setting.  Because a motion remains pending, all time is being excluded under the Speedy Trial Act.

    The parties therefore have stipulated to continue the matter until October 28, 2016.

\\

\\

\\

1

1 | IT IS SO STIPULATED.

3 | Date: August 17, 2016                              /s/
                                                       _____
4 |                                                    Geoffrey A. Hansen
                                                       Chief Assistant Federal Public Defender

5 | Date: August 17, 2016                              /s/
                                                       _____
6 |                                                    William Frenzen
7 |                                                    Assistant United States Attorney

9 | IT IS SO ORDERED.

10 | Date: August 17, 2016

*IT IS SO ORDERED*
/s/ Judge Jon S. Tigar

2