STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant LUNDIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-13 - 402 JST |
| ) Plaintiff, ) | **STIPULATION TO CONTINUE STATUS HEARING** |
| ) v. ) | |
| ERIC LUNDIN, ) | |
| ) Defendant. ) | |

The parties appear to have reached a disposition in this matter.  Final approval and review of the agreement is necessary, however, and cannot be accomplished before the hearing date set for October 28, 2016.  The parties therefore stipulate that the matter be continued until November 10, 2016 at 9:30 in Oakland for a plea.

IT IS SO STIPULATED.

Date: October 26, 2016          /s/
                                _____
                                GEOFFREY A. HANSEN
                                CHIEF ASSISTANT FEDERAL PUBLIC DEFENDER

Date: October 26, 2016          /s/
                                _____
                                WILLIAM  FRENTZEN
                                ASSISTANT UNITED STATES ATTORNEY

1

1  IT IS SO ORDERED.

2  Date:  October 27, 2016

3  _____
   HON. J
4  UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

2